

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2019

No. 04-19-00323-CV

**IN RE** Michael **HARRIS**

Original Mandamus Proceeding[1]

**ORDER**

On May 17, 2019, relator filed a petition for writ of mandamus complaining of the trial court's "Temporary Orders, By Default." In his prayer for relief, relator asked this court to order the trial court to grant his motion to set aside the default temporary orders or, alternatively, overrule the trial court's refusal to set aside the orders. On May 29, 2019, the trial court filed a courtesy copy of its order vacating the "Temporary Orders, By Default." Therefore, relator's petition for writ of mandamus is moot. Accordingly, this original mandamus proceeding is DISMISSED AS MOOT.

It is so **ORDERED** on June 5, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI00573, styled *In the Matter of the Marriage of Jennifer Ann Harris and Michael Edward Harris and In the Interest of K.A.H. and C.M.H., Children*, pending in the 288th Judicial District Court, Bexar County, Texas. The Honorable Karen Pozza and the Honorable Cynthia Marie Chapa signed the orders at issue in this original proceeding.